# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER HICKS, *individually, and on behalf of all other similarly situated*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEIERSDORF, INC., *a Delaware corporation*,<br><br>　　　　　Defendant. | Case No.  1:25-cv-01208-KES-SAB<br><br>ORDER GRANTING CAITLIN A. MALY'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 17) |

　　　Before the Court is the application of Caitlin A. Maly's, attorney for Beiersdorf Inc., for admission to practice *pro hac vice*. L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __December 4, 2025__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1