# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER HICKS, *individually, and on behalf of all other similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BEIERSDORF, INC., *a Delaware corporation*,<br><br>Defendant. | Case No.  1:25-cv-01208-KES-SAB<br><br>ORDER GRANTING KARA L. MCCALL'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 18) |

Before the Court is the application of Kara L. McCall's, attorney for Beiersdorf Inc., for admission to practice *pro hac vice*. L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **December 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge